AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **1:25-cv-06382-ELR**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Mathav, Inc. d/b/a Sherwood Motel**
was recieved by me on  **11/11/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Mathav Inc**, who is designated by law to accept service of process on behalf of **Mathav, Inc. d/b/a Sherwood Motel** at **7023 Krishna Ln, Morrow, GA 30260** on **11/11/2025 at 7:09 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:   11/12/2025

*Server's signature*

**Joe Ekwenibe**
*Printed name and title*

**285 Annelise park dr
Fayetteville, GA 30214**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT; CIVIL COVER SHEET; SUMMONS IN A CIVIL ACTION; PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY; [PROPOSED] ORDER,  to Mathav Inc who identified themselves as the boss with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired Asian male contact over 65 years of age, 5'8" -5'10" tall and weighing 180-200 lbs with an accent.**




Tracking #: **0194835903**

## AFFIDAVIT OF PROCESS SERVER

I, the undersigned, __Joe Ekwenibe__, being dully sworn, deposes and states:

1) That I am a professional process server, a U.S. Citizen over the age of 18, and meet all of the requirements for appointment as a process server in the state of Georgia.

2) That I am a wholly disinterested party and I neither have any relationship with, nor am I employed by, any of the parties to this action and in no way can benefit from its outcome.

FURTHER AFFIANT SAYETH NAUGHT

__[signature]__
signature

__JOE EKWENIBE__
print name

__285 ANNELISE PARK DR__
address line 1

__FAYETTEVILLE GA 30214__
City, State, Zip

__404-324-8653__
phone

__Joekwenibe@yahoo.com__
server email address

STATE OF: __Georgia__ )

COUNTY OF: __Fulton__ )

Signed and sworn to (or affirmed) before me

this __27__ day of __August__, 20 __25__

by __Joe Ekwenibe__ process server, who is

___ personally known to me

__X__ produced identification

type of identification produced: __Georgia Driver's License__

__[signature]__
Notary Public, State of __Georgia__

My commission expires: __January 9, 2028__

[Notary seal: JOHN MURRAY, NOTARY PUBLIC, COWETA COUNTY, GEORGIA, MY COMMISSION EXPIRES JANUARY 9, 2028]

Scanned with CamScanner