AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:25-cv-06382-ELR**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Govindji Patel**
was recieved by me on  **11/12/2025:**

[X]  I personally served the summons on the individual at **7023 Krishna Ln, Morrow, GA 30260** on **11/13/2025 at 7:42 PM**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*


My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:   11/14/2025

*Server's signature*

**Joe Ekwenibe**
*Printed name and title*

**285 Annelise park dr
Fayetteville, GA 30214**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT; CIVIL COVER SHEET; SUMMONS IN A CIVIL ACTION; PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY; [PROPOSED] ORDER,  to Govindji Patel with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired Asian male contact over 65 years of age, 5'10"-6'0" tall and weighing 180-200 lbs with an accent and glasses.  Refused to sign**




Tracking #: **0195127708**

## AFFIDAVIT OF PROCESS SERVER

I, the undersigned, **Joe Ekwenibe**, being dully sworn, deposes and states:

1) That I am a professional process server, a U.S. Citizen over the age of 18, and meet all of the requirements for appointment as a process server in the state of Georgia.

2) That I am a wholly disinterested party and I neither have any relationship with, nor am I employed by, any of the parties to this action and in no way can benefit from its outcome.

FURTHER AFFIANT SAYETH NAUGHT

_____
signature

JOE EKWENIBE
print name

285 ANNELISE PARK DR
address line 1

FAYETTEVILLE GA 30214
City, State, Zip

404-324-8653
phone

Joekwenibe@yahoo.com
server email address

STATE OF: Georgia )
COUNTY OF: Fulton )

Signed and sworn to (or affirmed) before me this 27 day of August, 20 25 by Joe Ekwenibe process server, who is

___ personally known to me

X produced identification

type of identification produced: Georgia Driver's License

_____
Notary Public, State of Georgia

My commission expires: January 9, 2028

[Notary Seal: JOHN MURRAY, COWETA COUNTY, GEORGIA, MY COMMISSION EXPIRES JANUARY 9, 2028]