IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| F.F., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 1:25-cv-06382-ELR |
| | ) | |
| MATHAV INC. d/b/a SWERWOOD | ) | **JURY TRIAL DEMANDED** |
| MOTEL, GOVINDJI PATEL, and | ) | |
| MANJUBEN PATEL, | ) | |
| | ) | |
|     Defendants. | ) | |

## **CONSENT MOTION TO OPEN DEFAULT AND EXTENSION OF TIME TO ANSWER AND WAIVER OF SERVICE**

Defendants Mathav Inc. d/b/a Sherwood Motel and Govindji Patel ("Defendants"), by and through undersigned counsel, file this Motion to Open Default and Extension of Time to Answer, showing the Court as follows:

1. Plaintiff filed this suit on November 6, 2025. (*See* Complaint, Docket No. 1).

2. Govindji Patel was served with this lawsuit on November 13, 2025. (*See* Return of Service, Docket No. 6).

3. Accordingly, Govindji Patel's answer was due on December 4, 2025.

4. No default has been entered against Govindji Patel as of the date of this pleading.

5. No return of service has been filed as to any other defendant.

6. Plaintiffs do not oppose this Motion and have agreed to an extension of Govindji Patel's time to respond to the complaint through and including December 12, 2025.

7. As such, Defendants respectfully request that this Court open default as to Govindji Patel and allow Govindji Patel through and including December 12, 2025, to answer or otherwise respond to Plaintiff's complaint.

8. Defendants waive service as to Mathav Inc.

9. Manjuben Patel is deceased and cannot be served.

10.   A proposed order is attached hereto as **Exhibit A**.

This 5th day of December, 2025.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com
*Attorneys for Defendants Mathav Inc. and Giovindji Patel*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(678) 996-9133

- 3 -

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing document has been prepared in accordance with L.R. 5.1 using Times New Roman font, 14-point.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com

*Attorneys for Defendants Mathav Inc. and Giovindji Patel*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(678) 996-9133

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically served a copy of the foregoing **CONSENT MOTION TO OPEN DEFAULT AND EXTENSION OF TIME TO ANSWER AND WAIVER OF SERVICE** to all parties by filing a true and correct copy with the Clerk of Court, which will automatically send electronic copies to all counsel of record as follows:

Anderson Tate & Carr
Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Tyler A. Dillard
tdillard@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097

This 5th day of December, 2025.

          **FREEMAN MATHIS & GARY, LLP**

          */s/ Jennifer C. Adair*
          Jennifer C. Adair
          Georgia Bar No. 001901
          JAdair@fmglaw.com
          Emma J. Fennelly
          Georgia Bar No. 610587
          Emma.fennelly@fmglaw.com
          *Attorneys for Defendants Mathav Inc. and Giovindji Patel*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(678) 996-9133