IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| F.F., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 1:25-cv-06382-ELR |
| | ) | |
| MATHAV INC. d/b/a SWERWOOD MOTEL, GOVINDJI PATEL, and MANJUBEN PATEL, | ) ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
|    Defendants. | ) | |

## [PROPOSED] ORDER ON CONSENT MOTION TO OPEN DEFAULT AND EXTENSION OF TIME TO ANSWER AND WAIVER OF SERVICE

Before the Court is Defendants' Consent Motion to Open Default and Extension of Time to Answer and Waiver of Service. Upon consideration and for good cause shown, this Court GRANTS the motion. The clerk shall open default, and Defendants Mathav Inc. and Govindji Patel shall have through and including December 12, 2025, to answer or otherwise respond to Plaintiff's complaint.

SO ORDERED this ___ day of December, 2025.

_____
Honorable Eleanor L. Ross