IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| F.F., ) <br> ) <br>   Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATHAV INC. d/b/a SWERWOOD ) <br> MOTEL, GOVINDJI PATEL, and ) <br> MANJUBEN PATEL, ) <br> ) <br>   Defendants. ) | Civil Action File No. <br> 1:25-cv-06382-ELR <br><br> **JURY TRIAL DEMANDED** |

### ORDER ON CONSENT MOTION TO OPEN DEFAULT AND EXTENSION OF TIME TO ANSWER AND WAIVER OF SERVICE

Before the Court is Defendants' Consent Motion to Open Default and Extension of Time to Answer and Waiver of Service. Upon consideration and for good cause shown, this Court GRANTS the motion. The clerk shall open default, and Defendants Mathav Inc. and Govindji Patel shall have through and including December 19, 2025, to answer or otherwise respond to Plaintiff's complaint.

SO ORDERED this 11th day of December, 2025.

*Eleanor L. Ross*
Honorable Eleanor L. Ross
United States District Judge
Northern District of Georgia