# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| F.F., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:25-cv-06382-ELR |
| v. ) | |
| ) | |
| MATHAV INC. d/b/a ) | **JURY TRIAL DEMANDED** |
| SHERWOOD MOTEL, ) | |
| GOVINDJI PATEL, and ) | |
| MANJUBEN PATEL, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45, Plaintiff, by and through counsel, hereby gives notice that it will serve a subpoena on the following non-party:

*Duggal Insurance Associates*

This 30th day of December 2025.

                                                **ANDERSEN, TATE & CARR, P.C.**

                                                */s/ Tyler Dillard*
                                                Patrick J. McDonough
                                                Georgia Bar No. 489855
                                                pmcdonough@atclawfirm.com
                                                Tyler Dillard
                                                Georgia Bar No. 115229
                                                tdillard@atclawfirm.com
                                                Jonathan S. Tonge
                                                Georgia Bar No. 303999

jtonge@atclawfirm.com  
*Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

*/s/ Tyler A. Dillard*
Tyler A. Dillard
Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Duluth, GA 30097
Telephone: (770) 822-0900
Facsimile: (770) 236-9745

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| F.F., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:25-cv-06382-ELR |
| v. | ) | |
| | ) | |
| MATHAV INC. d/b/a | ) | **JURY TRIAL DEMANDED** |
| SHERWOOD MOTEL, | ) | |
| GOVINDJI PATEL, and | ) | |
| MANJUBEN PATEL, | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the within and foregoing Plaintiff's Notice of Intent to Serve Subpoena has been filed electronically with the Clerk of court using the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record.

This 30th day of December 2025.

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Tyler Dillard*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Tyler Dillard
Georgia Bar No. 115229

                                                                    tdillard@atclawfirm.com  
                                                                    Jonathan S. Tonge  
                                                                    Georgia Bar No. 303999  
                                                                     jtonge@atclawfirm.com  
                                                                   *Attorneys for Plaintiff*

Duluth, Georgia 30097  
(770) 822-0900 | Telephone  
(770) 822-9680 | Facsimile

Case 1:25-cv-06382-ELR     Document 12     Filed 12/30/25     Page 5 of 5