AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-06382-ELR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Duggal Insurance Associates**
was recieved by me on  **1/02/2026:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Dhruv Patel**, who is designated by law to accept service of process on behalf of **Duggal Insurance Associates** at **1835 Pennsylvania Ave, McDonough, GA 30253** on **01/08/2026 at 9:48 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   01/08/2026

*Server's signature*

**Coretta Whatley**
*Printed name and title*

**1400 Beckett Drive
Hampton, GA 30228**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENA; CERTITIFCATE OF COMPLAINCE,  to Dhruv Patel who identified themselves as the person authorized to accept with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Middle Eastern male contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with glasses and a beard.**




Tracking #: **0202628942**

