UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| F.F.,<br><br>    Plaintiff,<br><br>v.<br><br>MATHAV INC. d/b/a<br>SHERWOOD MOTEL,<br>GOVINDJI PATEL, and<br>MANJUBEN PATEL,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-06382-ELR |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Plaintiff—through its attorney—delivered a true and correct copy of Plaintiff's Initial Disclosures via statutory email to the following counsel of record:

Jennifer C. Adair &
Emma J. Fennelly
Freeman, Mathis & Gary, LLP
100 Galleria Pkwy, Suite 1600
Atlanta, GA 30339-5948

Respectfully submitted on January 12, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com

                TYLER DILLARD
                Georgia Bar No. 115229
                tdillard@atclawfirm.com
                JONATHAN S. TONGE
                Georgia Bar No. 303999
                jtonge@atclawfirm.com
                JENNIFER M. WEBSTER
                Georgia Bar No. 760381
                jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                               ANDERSEN, TATE & CARR, P.C.

                                            */s/ Jennifer M. Webster*
                                            PATRICK J. MCDONOUGH
                                            Georgia Bar No. 489855
                                            pmcdonough@atclawfirm.com
                                            TYLER DILLARD
                                            Georgia Bar No. 115229
                                            tdillard@atclawfirm.com
                                            JONATHAN S. TONGE
                                            Georgia Bar No. 303999
                                            jtonge@atclawfirm.com
                                            JENNIFER M. WEBSTER
                                            Georgia Bar No. 760381
                                            jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile