# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| F.F., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:25-cv-06382-ELR |
| v. | ) | |
| | ) | |
| MATHAV INC. d/b/a | ) | **JURY TRIAL DEMANDED** |
| SHERWOOD MOTEL, | ) | |
| GOVINDJI PATEL, and | ) | |
| MANJUBEN PATEL, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned Counsel of Record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**The parties identified in the case caption.**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate,

- 2 -

affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**None known.**

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the following parties in this proceeding:

Counsel for Plaintiff:

**ANDERSEN, TATE & CARR, P.C.**
Patrick J. McDonough
Tyler A. Dillard
Jonathan Tonge
Jennifer Webster
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097

Counsel for Defendants:

**FREEMAN MATHIS & GARY LLP**
Jennifer C. Adair
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339

(4)  This action does not justify diversity jurisdiction.

Submitted this 13th day of February 2026.

**ANDERSEN, TATE & CARR, P.C.**

*s/ Tyler A. Dillard*
Tyler A. Dillard
Georgia Bar No.: 115229

- 3 -

tdillard@atclawfirm.com
Counsel for Plaintiff

- 3 -

- 4 -

## **LR 7.1 D CERTIFICATION**

This is to certify that the within and foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1C: Times New Roman 14 point.

## CERTIFICATE OF SERVICE

This is to certify that I have this day presented the foregoing **Certificate of Interested Persons and Corporate Disclosure Statement** to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notice to the counsel of record.

This 13th day of February 2026.

                                              **ANDERSEN, TATE & CARR, P.C.**

                                              */s/ Tyler A. Dillard*
                                              Tyler A. Dillard
                                              Georgia Bar No.: 115229

1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
770-822-0900
770-236-9759 (fax)
tdillard@atclawfirm.com
4925-8357-1087, v. 1