# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| F.F., | ) |
|     Plaintiff, | ) ) ) ) Civil Action No. 1:25-cv-06382-ELR |
| v. | ) ) |
| MATHAV INC. d/b/a SHERWOOD MOTEL, GOVINDJI PATEL, and MANJUBEN PATEL, | ) ) ) ) ) |
|     Defendants. | ) |

## STIPULATION OF DISMISSAL

The parties have reached an agreement to resolve all claims in this matter. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of all claims with prejudice.

Respectfully submitted on March 11, 2026.

                                        ANDERSEN, TATE & CARR, P.C.

                                        */s/ Tyler A. Dillard*
                                        PATRICK J. MCDONOUGH
                                        Georgia Bar No. 489855
                                        pmcdonough@atclawfirm.com
                                        JONATHAN S. TONGE
                                        Georgia Bar No. 303999
                                        jtonge@atclawfirm.com
                                        TYLER A. DILLARD
                                        Georgia Bar No. 115229

tdillard@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

FREEMAN MATHIS & GARY LLP

*/s/ Jennifer C. Adair*_____
JENNIFER C. ADAIR
Georgia Bar No. 001901
jadair@fmglaw.com
*signed with express permission by Tyler Dillard*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(404) 874-8800

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                                  ANDERSEN, TATE & CARR, P.C.

                                                  */s/ Tyler A. Dillard*
                                                  PATRICK J. MCDONOUGH
                                                  Georgia Bar No. 489855
                                                  pmcdonough@atclawfirm.com
                                                  JONATHAN S. TONGE
                                                  Georgia Bar No. 303999
                                                  jtonge@atclawfirm.com
                                                  TYLER A. DILLARD
                                                  Georgia Bar No. 115229
                                                  tdillard@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile